JS-6

cc order, docket and remand letter
to Los Angeles Superior Court, Southwest District,
Torrance, No. YC 061604

## SUPERIOR COURT OF STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| LULA SMITH ANDERSON, individually and on behalf of the ESTATE OF MARCUS SMITH, MYRON SMITH, | CASE NO. 10-01764 ODW (FMOx) |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| CITY OF INGLEWOOD, INGLEWOOD POLICE DEPARTMENT; CHIEF JACQUELINE SEABROOKS, in her individual capacity, and DOES 1 through 30, inclusive, | |
| Defendants. | |

Upon considering the Joint Stipulation of Counsel to Allow Plaintiffs to File First Amended Complaint and to remand the case to the Superior Court, and Good Cause appearing therefor, IT IS HEREBY ORDERED:

Plaintiffs, LULA SMITH ANDERSON, individually and on behalf of the ESTATE OF MARCUS SMITH and MYRON SMITH, be permitted to file a First Amended Complaint to dismiss the First Cause of Action under 42 U.S.C. §1983.

It is FURTHER ORDERED THAT be remanded to the superior court.

IT IS SO ORDERED

Dated: 4-2-10

Otis D. Wright

OTIS D. WRIGHT
United States District Court Judge